| UNITED STATES BANKRUPTCY COURT WESTERN | DISTRICT OF New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle) :<br>CARL L. KUJAWA II | Name of Joint Debtor (Spouse) (Last, First, Middle) : |
|---|---|
| All Other Names used by debtor in the last 6 years<br>(include married, maiden and trade names) : | All Other Names used by joint debtor in the last 6 years<br>(include married, maiden and trade names) : |
| Last four digits of Soc. Sec. No/Complete EIN or other Tax I.D. No.<br>(If more than one, state all) :  0987 | Last four digits of Soc. Sec. No/Complete EIN or other Tax I.D. No.<br>(If more than one, state all) : |
| Street Address of Debtor (No. and street, city, state, zip) :<br>16 SAGEBRUSH LANE<br><br>LANCASTER NY 14086 | Street Address of Joint Debtor (No. and street, city, state, zip) : |
| County of Residence or of the Principal Place of Business :<br>ERIE | County of Residence or of the Principal Place of Business : |
| Mailing Address of Debtor (If different from street address) : | Mailing Address of Joint Debtor (If different from street address) : |
| Location of Principal Assets of Business Debtor<br>(If different from addresses listed above) | **05-91242** |

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue: (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable boxes)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Sec. 304-Case ancillary to foreign proceeding
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**Nature of Debts** (Check one box)
- [x] Consumer/Non-business
- [ ] Business

**Chapter 11, Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Filing fee attached.
- [ ] Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtore is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

| Statistical/Administrative Information (Estimates Only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Assets (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |


## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
CARL L. KUJAWA II

### Prior Bankruptcy Case Filed Within Last 6 Years  (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor   (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Carl L. Kujawa II_
Signature of Debtor

_____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
Date: 09/30/05

X _David K. Barnes_
Signature of Attorney for Debtor(s)
DAVID K. BARNES
Printed Name of Attorney for Debtor(s)
DAVID K. BARNES
Firm Name:
808 CONVENTION TOWER, 43 COURT ST.
Address:
BUFFALO, NY 14202

716-856-5222
Telephone Number:
Date: 09/30/05

#### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

#### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that he (or she) may proceed under chapter 7, 11, 12 or 13, United States Code, and have explained the relief available under each such chapter.

X _David K. Barnes_   9/30/05
Signature of Attorney for Debtor(s)    Date

#### EXHIBIT C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

#### Signature(s) of Debtor(s) (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition
Date:

#### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address:

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.



Form B6 SUM W (11-95)

**Blumberg** Excelsior, Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF New York

In re: CARL L. KUJAWA II

Debtor(s)    Case No.

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 140000.00 | | |
| B - Personal Property | x | 5 | 7734.51 | | |
| C - Property Claimed as Exempt | x | 2 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 121356.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 6 | | 236450.40 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 17 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 2690.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 5000.00 |
| Total Number of Sheets of All Schedules | | 36 | | | |
| Total Assets | | | 147734.51 | | |
| Total Liabilities | | | | 357806.40 | |



**Form B6 A W (12-98)**

**Blumberg** Excelsior, Publisher, NYC 10013

In re: CARL L. KUJAWA                                    Debtor(s)  Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 16 SAGEBRUSH LANE LANCASTER, NY 14086 | JOINT INTEREST (50%) | J | 140,000.00 | 121,356.00 |
| | | Total -> | $140,000.00 | (Report also on Summary of Schedules) |

In re: CARL L. KUJAWA ,       Debtor(s)   Case No.      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | CASH ON HAND | | 100.00 |
| | | HSBC CHECKING ACCOUNT ACCOUNT #:774-25972-2 | J | 350.51 |
| 02 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | x | | | |
| 03 Security Deposits with public utilities, telephone companies, landlords and others. | x | | | |
| 04 Household goods and furnishings including audio, video, and computer equipment. | | HOUSEHOLD GOODS AND FURNISHINGS | J | 3,000.00 |
| 05 Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->   **3,450.51**

_____ Continuation sheets attached

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 06 Wearing apparel. | | WEARING APPAREL | | 1,000.00 |
| 07 Furs and jewelry. | | WEDDING RING | | 800.00 |
| 08 Firearms and sports, photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | MASS MUTUAL SEP IRA PO BOX 92714 CHICAGO, IL 60675 | H | 1,384.00 |
| 12 Stock and interest in incorporated and unincorporated businesses. Itemize. | | 50 SHARES, NPV K&M Auto Service Inc 2081 William Street Buffalo, NY 14206 | | 0.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->    6,634.51

_____ Continuation sheets attached

Blumberg Excelsior, Publisher, NYC 10013

In re:   CARL L. KUJAWA , II                                    Debtor(s)      Case No.                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13  Interest in partnerships or joint ventures. Itemize. | x | | | |
| 14  Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 15  Accounts receivable. | x | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 17  Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total -> | | | | 6,634.51 |

_____ Continuation sheets attached

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19 Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | x | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 21 Patents, copyrights, and other general intellectual property. Give particulars. | x | | | |
| 22 Licenses, franchises, and other general intangible. Give particulars. | x | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories. | | 1989 CHEVY PICKUP | | 500.00 |
| 24 Boats, motors, and accessories. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total →  | 7,134.51

_____ Continuation sheets attached


# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25 Aircraft and accessories. | x | | | |
| 26 Office equipment, furnishings, and supplies. | x | | | |
| 27 Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28 Inventory. | x | | | |
| 29 Animals. | x | | | |
| 30 Crops-growing or harvested. Give particulars. | x | | | |
| 31 Farming equipment and implements. | x | | | |
| 32 Farm supplies, chemicals and feed. | x | | | |
| 33 Other personal property of any kind not already listed. Itemize. | | TOOLS OF TRADE | | 600.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->   **7,734.51**

_____ Continuation sheets attached

In re: CARL L. KUJAWA ,  II                    Debtor(s)   Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemptions to which debtor is entitled under (Check one box).**

☐ 11 U.S.C. § 522(b)(1): Exceptions provided in U.S.C. § 522(d). Note:  These exceptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exceptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 16 SAGEBRUSH LANE LANCASTER, NY 14086 | CPLR § 5206(a) Homestead | 10,000.00 | 140,000.00 |
| CASH ON HAND | CPLR § 5205(d)(2) Wages | | 100.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 3,000.00 | 3,000.00 |
| WEARING APPAREL | CPLR § 5205(a)(5) Wearing Apparel Household Furniture Refrigerator Radio TV Crockery Tableware and Cooking Utensils | 1,000.00 | 1,000.00 |
| HSBC CHECKING ACCOUNT ACCOUNT #:774-25972-2 | N.Y. Debt. & Cred. Law § 283(2) Bank Deposits | 1,000.00 | 350.51 |
| WEDDING RING | CPLR § 5205(a)(6) Wedding Ring | 800.00 | 800.00 |
| 1989 CHEVY PICKUP | N.Y. Debt. & Cred. Law § 282(iii)(1) Motor Vehicles | 500.00 | 500.00 |

Form B6 C W (11-95)

Blumberg Excelsior, Publisher, NYC 10013

In re: CARL L. KUJAWA                    Debtor(s)  Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemptions to which debtor is entitled under (Check one box).**

☐ 11 U.S.C. § 522(b)(1): Exceptions provided in U.S.C. § 522(d). Note: These exceptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exceptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| TOOLS OF TRADE | CPLR § 5205(a)(7) Working Tools and Implements Including Farm Machinery Team Professional Instruments Furniture and Library | 600.00 | 600.00 |
| MASS MUTUAL SEP IRA PO BOX 92714 CHICAGO, IL 60675 | CPLR § 5205(c)(2) Individual Retirement Account | | 1,384.00 |


In re: CARL L. KUJAWA,            Debtor(s)    Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #   1225 | X | J | VALUE $    139,000.00 | 88,957.00 | | |
| HSBC BANK<br>PO BOX 4552<br>BUFFALO, NY 14240 | | | 1997 1ST MORTGAGE LIEN | | | |
| A/C #   3580 | X | J | VALUE $    139,000.00 | 32,399.00 | | |
| M&T BANK<br>P.O. Box 767<br>BUFFALO, NY 14240 | | | 2001 MORTGAGE LIEN | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

Subtotal -> (Total of this page)    121,356.00

Total ->    121,356.00

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.       (Report total also on Summary of Schedules)

 Form B6 E W (Rev 4/04)

**Blumberg** Excelsior, Publisher, NYC 10013

In re: CARL L. KUJAWA , II                    Debtor(s)   Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4925 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extentprovided in 11 U.S.C. § 507(a)(3)

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C § 507(a)(4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4925 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ] **Deposits by individuals**
Claims of individuals up to a maximum of $2225 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

[ ] **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Subtotal ->
(Total of this page)

_____ Continuation Sheets attached.

Total -> $00.00
(use only on last page of the completed Schedule E.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.    (Report total also on Summary of Schedules)

Debtor CARL L. KUJAWA, II

In re:                                                                    Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H U S B A N D W I F E J O I N T C O M M U N I T Y | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 2142<br><br>COMMERCE CLEARING<br>15051 LEFFINGWELL ROAD<br>SUITE 101<br>WHITTIER, CA 90604 | X | | 2000 CREDIT LINE | | | | 14,000.00 |
| 167<br><br>COMMERCE CLEARING<br>15051 LEFFINGWELL ROAD<br>SUITE 101<br>WHITTIER, CA 90604 | X | | 2001 CREDIT LINE | | | | 1,150.00 |
| 7001<br><br>A&A WILLIAMS DELIVERIES<br>PO BOX 53919<br>INDIANAPOLIS, IN 46253 | X | | 2001 CREDIT LINE | | | | 300.00 |
| 2498<br><br>A. ANASTASIO & SONS<br>88 MIDDLETOWN AVENUE<br>NEW HAVEN, CT 06513 | X | | 2001 CREDIT LINE | | | | 2,058.75 |
| 0008<br><br>ADVANTA BUSINESS CARDS<br>PO BOX 8088<br>PHILADELPHIA, PA 19101 | X | | 2000 CREDIT LINE | | | | 11,743.28 |
| 1004<br><br>AMERICAN EXPRESS<br>SUITE 0002<br>CHICAGO, IL 60679 | | | 2000 CREDIT CARD | | | | 7,156.00 |
| | | | | | | Subtotal | $ 36,408.03 |
| | | | | | | Total | $ 36,408.03 |

_____X_____ continuation sheets attached.

Debtor  CARL L. KUJAWA , II

In re:                                                                                    Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H U S B A N D   W I F E   J O I N T   C O M M U N I T Y | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 3306<br><br>ARCH COMMUNICATIONS<br>PO BOX 660770<br>DALLAS, TX 75266 | | | 2000 CREDIT LINE | | | | 45.43 |
| 3001<br><br>AT&T<br>PO BOX 9001309<br>LOUISVILLE, KY 40290 | | | 2000 CREDIT LINE | | | | 75.00 |
| 0413<br><br>BANK OF AMERICA<br>PO BOX 30770<br>TAMPA, FL 33630 | | | 1997 CREDIT CARD | | | | 12,958.00 |
| 1529<br><br>BUFFALO POSTAL COMMUNITY<br>PO BOX 1628<br>BUFFALO, NY 14240 | | | 1992 CREDIT CARD | | | | 9,958.40 |
| <br>BUFFALO POSTAL COMMUNITY<br>PO BOX 1628<br>BUFFALO, NY 14240 | | | CREDIT LINE | | | | 9,587.40 |
| <br>CAPITAL ONE<br> PO BOX  85147<br>RICHMOND, VA 23276 | | | 2001 CREDIT CARD | | | | 1,806.00 |

|  |  | Subtotal | $ | 34,430.23 |
|---|---|---|---|---|
|  |  | Total | $ | 70,838.26 |

X  continuation sheets attached.

Debtor CARL L. KUJAWA , II

In re:                                                                          Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H U S B A N D W I F E J O I N T E R C O M M U N I T Y | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 6479<br>CAPITAL ONE<br>PO BOX 85147<br>RICHMOND, VA 23276 | | | 2001 CREDIT CARD | | | | 9,326.00 |
| 0520<br>CHASE BANK<br>PO BOX 15583<br>WILMINGTON, DE 19886 | | | 1995 CREDIT LINE | | | | 5,709.49 |
| 5447<br>CITI CARDS<br>PO BOX 8111<br>S. HACKENSACK, NJ 07606 | | | 1997 CREDIT CARD | | | | 11,931.00 |
| 8637<br>DISCOVER BANK<br>PO BOX 15251<br>WILMINGTON, DE 19886 | | | 1999 CREDIT CARD | | | | 9,423.67 |
| 1019<br>FIRST NIAGARA BANK<br>PO BOX 886<br>LOCKPORT, NY 14095 | X | | 2001 CONSUMER LOAN | | | | 5,000.00 |
| 3997<br>FIRST NIAGARA BANK<br>PO BOX 886<br>LOCKPORT, NY 14095 | X | | 1999 CREDIT LINE | | | | 15,000.00 |

Subtotal  $  56,390.16

Total  $  127,228.42

X _____ continuation sheets attached.

Debtor CARL L. KUJAWA , II

In re:                                                                                  Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H U S B A N D W I F E J O I N T C O M M U N I T Y | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 3751 <br> FIRST USA BANK NA <br> PO BOX 1335 <br> BUFFALO, NY 14240 | | | 1998 CREDIT CARD | | | | 58,333.00 |
| 167 <br> GOLDEN R. TRANSPORT <br> RD2 BOX 201-B <br> WILLIAMSBURG, PA 16693 | | | 2001 CREDIT LINE | | | | 1,150.00 |
| 8127 <br> HOUSEHOLD BANK NEVADA <br> PO BOX 1099 <br> LANGHORNE, PA 19047 | X | | 2000 CREDIT CARD | | | | 4,500.00 |
| 0413 <br> L&R Credit 8 LLC <br> 116 John Street <br> Suite 1510 <br> New York, NY 10038 | | | 2000 credit | | | | 16,376.87 |
| 8695 <br> NEXTEL PARTNERS <br> PO BOX 5188 <br> CAROL STREAM, IL 60197 | X | | 2000 CREDIT LINE | | | | 550.00 |
| 2342 <br> OUTSOURCE <br> 261 MAIN STREET <br> BUFFALO, NY 14009 | | | 2000 CREDIT LINE | | | | 22.50 |

|  |  |  |
|---|---|---|
| Subtotal | $ | 80,932.37 |
| Total | $ | 208,160.79 |

___X___ continuation sheets attached.

Debtor CARL L. KUJAWA,  II

In re:                                                                                    Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H U S B A N D W I F E J O I N T E R C O M M U N I T Y | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 0520<br>Palisades Acquisition V.L<br>2101 W. Ben White Blvd.<br>Austin, TX 78704 | | | 2000 credit line | | | | 5,709.49 |
| 9193<br>SITTON MOTOR LINES<br>PO BOX 972449<br>DALLAS, TX 75397 | X | | 2001 CREDIT LINE | | | | 1,325.00 |
| 2242<br>SUPREME DELIVERY<br>5150 DUFF DRIVE<br>CINCINNATI, OH 45206 | X | | 2001 CREDIT LINE | | | | 775.00 |
| 1058<br>TPC ENTERPRISES INC<br>STE 118-290<br>CAVE CREEK, AZ 85331 | | [ | CREDIT LINE 2000 | | | | 11,958.00 |
| UNIFUND CCR PARTNERS<br>11802 CONREY RD<br>CINCINNATI, OH 45249 | | | UNKNOWSN | | | | 6,191.00 |
| 4160<br>VELOCITY EXPRESS NORTHEAS<br>PO BOX 71267<br>CHICAGO, IL 60694 | X | | 2000 CREDIT LINE | | | | 1,505.00 |

|  |  |  |
|---|---|---|
| Subtotal | $ | 27,463.49 |
| Total | $ | 235,624.28 |

X _____ continuation sheets attached.

Debtor CARL L. KUJAWA

In re:                                                                                    Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | HUSBAND WIFE JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | UNLIQUIDATED | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5268<br><br>VERIZON<br>3099 WILLIAM<br>CHEEKTOWAGA, NY 14227 | | | 2003 | | | | 826.12 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

|  |  |  |
|---|---|---|
| Subtotal | $ | 826.12 |
| Total | $ | 236,450.40 |

_____ continuation sheets attached.



Form B6 G W (11-95)

**Blumberg** Excelsior, Publisher, NYC 10013

In re: CARL L. KUJAWA , II                    Debtor(s) Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[X] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Form 6H**

<table>
<tr><td>In re <strong>CARL L. KUJAWA, II</strong><br><br>Debtor.</td><td>Case Number:<br><br>(If Known)</td></tr>
</table>

# SCHEDULE H - CODEBTORS

Provide the information required concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

 Form B6 I W (11-95)  **Blumberg** Excelsior, Publisher, NYC 10013

In re: CARL L. KUJAWA , 工工

Debtor(s)   Case No.

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Debtor's Marital Status<br>MARRIED | RELATIONSHIP<br>JENNIFER KUJAWA – WIFE<br>CHILD<br>CHILD | AGE<br>32 |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation  MECHANIC | | |
| Name of Employer  K&M AUTO REPAIR | | |
| How long employed  7 YEARS | | |
| Address of Employer<br>2081 WILLIAM STREET<br>CHEEKTOWAGA, NY 14206 | | |

Income: (Estimate of average monthly income) ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.)<br>Estimate monthly overtime | $ 3200.00 | $ |
| SUBTOTAL | $ 3200.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 510.00 | |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 510.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 2690.00 | $ 0.00 |

Regular income from operation of business or profession or farm
(attach detailed statement)
Income from real property
Interest and dividends
Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above.
Social security or other government assistance (Specify)

Pension or retirement income
Other monthly income (Specify)

| | DEBTOR | SPOUSE |
|---|---|---|
| TOTAL MONTHLY INCOME | $ 2690.00 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 2690.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:



Form B6 J W (11-95)

**Blumberg** Excelsior, Publisher, NYC 10013

In re: CARL L. KUJAWA, II            Debtor(s)   Case No.

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1500.00 |
| Are real estate taxes included? ☒ Yes ☐ No   Is property insurance included? ☒ ☐ | |
| Utilities   Electricity and Heating Fuel | 325.00 |
| Water and Sewer | 30.00 |
| Telephone | 160.00 |
| Other      CABLE | 50.00 |
| Home maintenance (repairs and upkeep) | 125.00 |
| Food | 600.00 |
| Clothing | 125.00 |
| Laundry and dry cleaning | 50.00 |
| Medical and dental expenses | 125.00 |
| Transportation (not including car payments) | 330.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 150.00 |
| Charitable contributions | 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | |
|     Life | 190.00 |
|     Health | 600.00 |
|     Auto | 170.00 |
|     Other | |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 420.00 |
|     Other | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ 5000.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | |
| B. Total projected monthly expenses | |
| C. Excess income (A minus B) | $ 0.00 |
| D. Total amount to be paid into plan each | $ |
|         (Interval) | |



**Blumberg**Excelsior, Publisher, NYC 10013

Form 7W Stmt. of Financial Affairs (12-03)

# STATEMENT OF FINANCIAL AFFAIRS

**UNITED STATES BANKRUPTCY COURT**

WESTERN **DISTRICT OF** New York

In re: CARL L. KUJAWA ,

Debtor(s)    Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business within the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

NONE
☐

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 20,800 | 2004 WAGES INCOME: |
| 21232.00 | 2003 WAGES INCOME: |

## 02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 03A PAYMENTS TO CREDITORS

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT STILL OWNING | NAME AND ADDRESS OF CREDITOR | PAYMENT DATES | AMOUNT PAID |
|---|---|---|---|
| 9958.40 | ERIE COUNTY SHERRIFF'S DEPARTMENT C/O BUFFALO POSTAL COMMUNITY FCU PO BOX 1628 BUFFALO, NY 14240 | | 140 (EOW) |

## 03B PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT STILL OWNING | NAME AND ADDRESS OF CREDITOR | PAYMENT DATES | AMOUNT PAID |
|---|---|---|---|
| UNKNOWN | DISCOVER BANK PO BOX 15251 WILMINGTON, DE 19886 | 9/30/05 (GARNISHMENT) | 80.00 |

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| DISCOVER BANK V. CARL KUJAWA CASE #D023859 | CIVIL | BUFFALO CITY COURT | JUDGMENT $8823 |
| BUFFALO POSTAL COMMUNITY FCU VS. CARL KUJAWA CASE #: b-54589 | CIVIL | BUFFALO CITY COURT | JUDGMENT $9958.4 |
| NORTH AMERI-TRANS LOGISTICS vs. TRIUMBARI CONTAINERS | CIVIL ($6,600 IN DISPUTE) | PROVINCE OF ONTARIO | CASE STILL PENDING |
| L&R CREDIT 8, LLC VS. CARL L. KUJAWA II | CIVIL | BUFFALO CITY COURT | PENDING |
| Palisades Acquisition V. LLC vs. Carl L. Kujawa ii, Index No. 79710/05 | Civil | Buffalo City Court | Pending |
| D&H Acquisition Inc vs. Carl L. Kujawa | Civil | Buffalo City Court | Judgment $19435.00 |
| Unifund CCR Partners vs. Karl L Kujawa II | Civil | Buffalo City Court | Judgment $6191.00 |

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DATE OF SEIZURE | NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| 04/01/2004 | BUFFALO POSTAL COMMUNITY FCU PO BOX 1628 | GARNISHMENT $70 EOW |

NONE
|X|   **05 REPOSSESSIONS, FORECLOSURES, AND RETURNS**

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   **06A ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   **06B ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   **07 GIFTS**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
NONE
X

## 08 LOSSES

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| DAVID K. BARNES<br>808 CONVENTION TOWER<br>43 COURT STREET<br>BUFFALO, NY 14202 | 5/1/04 | $750.00 |

NONE
X

## 10 OTHER TRANSFERS

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 11 CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 12 SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 13 SETOFFS

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|

## 14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

NONE
|X|

## 15 PRIOR ADDRESS OF DEBTOR

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

NONE
|X|

## 16 SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides with the debtor in the community property state.

NONE
X̄ **17A ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

NONE
X̄ **17B ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
X̄ **17C ENVIRONMENTAL INFORMATION**

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NONE
| | **18A NATURE, LOCATION, AND NAME OF BUSINESS**

If the debtor is an individual, list the names, addresses, taxpayer indentification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| Tax ID# | NAME | BEGINNING AND ENDING DATES | ADDRESS | NATURE OF BUSINESS ADDRESS |
|---------|------|----------------------------|---------|----------------------------|
| 16-1541455 | K&M AUTO SERVICE INC. | 1997 TO PRESENT | 2081 WILLIAM STREET BUFFALO, NY 14206 | AUTO REPAIR.    50% stock ownership. |
| 16-5833904 | NORTHAEMERITRANS LOGISTICS | 01/99 TO ??/2001 | 39 WILLIAM STREET BUFFALO, NY 14206 | TRUCKING LOGISTICS |



**18B NATURE, LOCATION, AND NAME OF BUSINESS**

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.



## Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**UNITED STATES BANKRUPTCY COURT** WESTERN       **DISTRICT OF** New York

In re:   CARL L. KUJAWA Ⅱ       Debtor(s)    Case No.
Chapter 7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a. Property to Be Surrendered.*

**Description of property**           **Creditor's name**

    *b. Property to Be Retained.*           *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 16 Sagebrush Lane, Lancaster NY | HSBC | X | | YES |
| 16 Sagebrush Lane, Lancaster, NY | M&T BaNK | X | | YES |

9/30/05     *Carl L. Kujawa Ⅱ*
Date:    Signature of Debtor          Signature of Co-Debtor

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer          **Social Security No.**
         (Required by 11 U.S.C. § 110(c))

    Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

    X
    Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy
Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*



Blumberg Excelsior, Publisher, NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT

WESTERN **DISTRICT OF** New York

In re: CARL L. KUJAWA , II

Debtor(s)  Case No.          (if known)

## STATEMENT
### Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
    (a)  for legal services rendered or to be rendered in comtemplation of and in connection
        with this case      $     750.00
    (b)  prior to filing this statement, debtor(s) have paid      $     750.00
    (c)  the unpaid balance due and payable is      $     0.00

(3)  $ 209.00          of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:
    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.
    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

Dated: 9/30/05        Respectfully submitted, DAVID K. BARNES      **Attorney for Petitioner**

**Attorney's name and address**
DAVID K. BARNES, 808 Convention Tower, Buffalo, NY 14202

3093W - Designation of Agent

Blumberg Excelsior, Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

WESTERN **DISTRICT OF** New York

In re: CARL L. KUJAWA II

Debtor(s)

Case No.

Chapter  7

# DESIGNATION OF AGENT

·  We hereby designate our attorney, whose signature, name, address, Identification Number (if

applicable), and telephone number are set forth below, as our agent to receive service of process

and service of all pleadings in all proceedings, including adversary actions and contested matters,

pursuant to Bankruptcy Rule 70004 (b)(8), in this Court arising in this case.  This designation

shall expire the 60th day after the latest of the following dates which may be applicable in this

case:  entry of Discharge of Debtor, the last date permitted for filing of complaints objecting to

discharge under 11 U.S.C. 727 or dischargeability of debts under 11 U.S.C. 523, or the date an

order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

Dated:  09/30/05

Debtor _____
CARL L. KUJAWA II

Debtor _____

Attorney _____
DAVID K. BARNES



3091W Reaffirmation agreement,
declaration of attorney, 1-99

**UNITED STATES BANKRUPTCY COURT** WESTERN          **DISTRICT OF** New York

In re: CARL L. KUJAWA II

Debtor(s) Case No. _____ (if known)
Chapter 7

## REAFFIRMATION AGREEMENT

The undersigned Debtor(s) reaffirms the following debt on the terms set forth.

| (1)<br>Name of creditor (Including last known holder of any negotiable Instrument) and complete mailing address including zip code. | (2)<br>Specify when claim was incurred and the consideration therefore; when claim is contingent, unliquidated, disputed, subject to setoff, evidenced by a judgment, negotiable instrument, or other writing, or incurred as partner or joint contractor, so indicate; specify name of any partner or joint contractor on any debt. | (3)<br>Indicate if claim is contingent, unliquidated or disputed | (4)<br>H<br>W<br>or<br>J | (5)<br>Amount of Claim |
|---|---|---|---|---|
| HSBC MORTGAGE<br>One HSBC Center<br>Buffalo, NY 14203 | MORTGAGE LIEN | | J | 92869.82 |

☒ The terms of the reaffirmation are as follows:
   100% payment in full

☒ The terms of the reaffirmation are set forth on the Creditor's Form of Reaffirmation Agreement annexed

9-30-05                    Carl L. Kujawa II
_____   _____   _____   _____
Date          Signature of Creditor          Date          Signature of Debtor

_____
Signature of Debtor

## NOTICE TO DEBTOR
**This agreement may be rescinded at any time prior to discharge or within 60 days after this agreement is filed with the court, whichever occurs later, by giving notice of rescission to the holder of this claim. This agreement is not required by the Bankruptcy Code, under nonbankruptcy law, or under any agreement not in accordance with Section 524(c) of the Bankruptcy Code.**

## DECLARATION OF ATTORNEY
I, DAVID K. BARNES          the attorney that represented the Debtor(s) during the negotiation of the above agreement, declare that this agreement (a) represents a fully informed and voluntary agreement by the Debtor(s), and (b) does not impose an undue hardship on the Debtor(s) or a dependent of the Debtor(s). I have fully advised the Debtor(s) of the legal effect and consequences of an agreement of this kind and any default under such an agreement.

Executed on _____          _____
                              Signature of Attorney for Debtor(s)



3091W Reaffirmation agreement,
declaration of attorney, 1-99

**UNITED STATES BANKRUPTCY COURT** WESTERN     **DISTRICT OF** New York

In re: CARL L. KUJAWA II     Debtor(s) Case No.     (if known)

    Chapter 7

## REAFFIRMATION AGREEMENT

The undersigned Debtor(s) reaffirms the following debt on the terms set forth.

| (1)<br>Name of creditor (Including last known holder of any negotiable Instrument) and complete mailing address including zip code. | (2)<br>Specify when claim was incurred and the consideration therefore; when claim is contingent, unliquidated, disputed, subject to setoff, evidenced by a judgment, negotiable instrument, or other writing, or incurred as partner or joint contractor, so indicate; specify name of any partner or joint contractor on any debt. | (3)<br>Indicate if claim is contingent, unliquidated or disputed | (4)<br>H<br>W<br>or<br>J | (5)<br>Amount<br>of<br>Claim |
|---|---|---|---|---|
| M&T Bank<br>PO Box 1319<br>Buffalo, NY 14240 | 2nd mortgage lien | | J | 32229.00 |

☒ The terms of the reaffirmation are as follows:
   100W% payment in full

☒ The terms of the reaffirmation are set forth on the Creditor's Form of Reaffirmation Agreement annexed

_____    _____    *9-30-05*    *Carl L. Kujawa II*
     Date            Signature of Creditor         Date          Signature of Debtor

                                                   _____
                                                   Signature of Debtor

### NOTICE TO DEBTOR
**This agreement may be rescinded at any time prior to discharge or within 60 days after this agreement is filed with the court, whichever occurs later, by giving notice of rescission to the holder of this claim. This agreement is not required by the Bankruptcy Code, under nonbankruptcy law, or under any agreement not in accordance with Section 524(c) of the Bankruptcy Code.**

### DECLARATION OF ATTORNEY
   I, DAVID K. BARNES    the attorney that represented the Debtor(s) during the negotiation of the above agreement, declare that this agreement (a) represents a fully informed and voluntary agreement by the Debtor(s), and (b) does not impose an undue hardship on the Debtor(s) or a dependent of the Debtor(s). I have fully advised the Debtor(s) of the legal effect and consequences of an agreement of this kind and any default under such an agreement.

Executed on _____     _____
                                                         Signature of Attorney for Debtor(s)



Blumberg Excelsior, Publisher, NYC 10013

3092 - Verification of Creditor Matrix. 12/95

# UNITED STATES BANKRUPTCY COURT

### WESTERN **DISTRICT OF** New York

In re: CARL L. KUJAWA II

**Debtor(s)**

Case No.

Chapter  7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.


Dated:  09/30/05


Debtor  *Carl L. Kujawa II*
         CARL L. KUJAWA II


Debtor  _____



Blumberg Excelsior, Publisher, NYC 10013

3065W Disclosure of compensation of bankruptcy petition
preparer, Bankruptcy Form B280, 12/03

# UNITED STATES BANKRUPTCY COURT

## WESTERN **DISTRICT OF** New York

**In re:** CARL L. KUJAWA Ⅱ

**Debtor(s)**

Bankruptcy Case No.

Chapter 7

**Address:** 16 SAGEBRUSH LANE

Last four digits of Soc. Sec. No/Complete EIN
or other Tax I.D. No. (If more than one, state all:):  0987

### DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. §110(h). I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For document preparation services, I have agreed to accept _____ $ 750.00
Prior to the filing of this statement I have received _____ $ 750.00
Balance Due _____ $ 0.00

2. I have prepared or caused to be prepared the following documents (itemize):

and provided the following services (itemize):

3. The source of the compensation paid to me was: ☐ Debtor ☒ Other (specify)

4. The source of the compensation paid to me is: ☐ Debtor ☒ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:
   NAME(S)                    SOCIAL SECURITY NUMBER(S)

### DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _____          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          9/30/05
    Signature              Social Security Number       Date
                          (Required by 11 U.S.C. § 110(c).)

Name (Print):
Address:  DAVID K. BARNES, ESQ, 800 CONVENTION TOWER, 43 COURT ST.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*
                                          BUFFALO, NY
                                          14202



**Form B6 Cont. W (12-03)**

Blumberg Excelsior, Publisher, NYC 10013

In re: CARL L. KUJAWA

Debtor(s)  Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 15 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date 9/30/05          Signature_____ Carl L. Kujawa II _____

CARL L. KUJAWA II                    Debtor

Date          Signature_____

(Joint Debtor, if any)

(if joint case, both spouses must sign.)

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number
(Required by 11U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case,declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___ 15 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date          Signature_____

(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

**Blumberg**Excelsior, Publisher, NYC 10013

Form 21 Statement of Social Security Number (12.03)

# United States Bankruptcy Court

WESTERN District Of  New York

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle):   CARL L. KUJAWA  II
   *(Check the appropriate box and, if applicable, provide the required information.)*

   Debtor has a social security number and it is   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

2. Name of Joint Debtor (enter First, Last, Middle):
   *(Check the appropriate box and, if applicable, provide the required information.)*

I declare under penalty of perjury that the foregoing is true and correct.

X  *Carl L. Kujawa II*                        *9-30-05*
   Signature of Debtor                             Date

X  _____          _____
   Signature of Joint Debtor                       Date

*\*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C.
§ § 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
WESTERN **DISTRICT OF** New York

CARL L. KUJAWA II

In re

Case No:

Chapter 7

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING

### PART 1--DECLARATION OF PETITIONER(S):

I (We) CARL L. KUJAWA and the undersigned debtor(s), hereby declare under penalty of perjury, the information I (we) have given my (our) attorney and the information provided in the electronically filed petition is true and correct. I (We) consent to my (our) attorney sending my (our) petition, and the accompanying statements and schedules to the United States Trustees. I (We) understand that failure to provide the trustee with the signed original of this Declaration Re: Electronic Filing within 15 days following the date the petition was electronically filed will cause my (our) case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

Dated: 9-30-2005

Signed: _Carl L. Kujawa II_

### PART II--DECLARATION OF ATTORNEY:

I declare under penalty of perjury that I have reviewed the above debtor(s) petition, schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. The debtor(s) will have signed this form before I file the petition, schedules and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and I will send copies of this declaration, the petition, schedules and statements to the trustee appointed in this case and to the United States Trustee. This declaration is based upon all information of which I have knowledge.

Dated:

9-30-2005

Signed: _____

Attorney for Debtor(s)

```
COMMERCE CLEARING
15051 LEFFINGWELL ROAD
SUITE 101
WHITTIER, CA 90604


COMMERCE CLEARING
15051 LEFFINGWELL ROAD
SUITE 101
WHITTIER, CA 90604


COMMERCE CLEARING
15051 LEFFINGWELL ROAD
SUITE 101
WHITTIER, CA 90604


COMMERCE CLEARING
15051 LEFFINGWELL ROAD
SUITE 101
WHITTIER, CA 90604


A&A WILLIAMS DELIVERIES
PO BOX 53919
INDIANAPOLIS, IN 46253
```

```
A&A WILLIAMS DELIVERIES
PO BOX 53919
INDIANAPOLIS, IN 46253


A&A WILLIAMS DELIVERIES
PO BOX 53919
INDIANAPOLIS, IN 46253


A. ANASTASIO & SONS
88 MIDDLETOWN AVENUE
NEW HAVEN, CT 06513


A. ANASTASIO & SONS
88 MIDDLETOWN AVENUE
NEW HAVEN, CT 06513


A. ANASTASIO & SONS
88 MIDDLETOWN AVENUE
NEW HAVEN, CT 06513


ADVANTA BUSINESS CARDS
PO BOX 8088
PHILADELPHIA, PA 19101


ADVANTA BUSINESS CARDS
PO BOX 8088
PHILADELPHIA, PA 19101


ADVANTA BUSINESS CARDS
PO BOX 8088
PHILADELPHIA, PA 19101


ALBANY TRANSPORT
7177 INDUSTRIAL PARKWAY
PLAIN CITY, OH 43064
```

ALBANY TRANSPORT
7177 INDUSTRIAL PARKWAY
PLAIN CITY, OH 43064


AMERICAN EXPRESS
SUITE 0002
CHICAGO, IL 60679


ARCH COMMUNICATIONS
PO BOX 660770
DALLAS, TX 75266


AT&T
PO BOX 9001309
LOUISVILLE, KY 40290


BANK OF AMERICA
PO BOX 30770
TAMPA, FL 33630


BUFFALO POSTAL COMMUNITY FCU
PO BOX 1628
BUFFALO, NY 14240


CAPITAL MANAGEMENT SERVICES
726 EXCHANGE STREET
SUITE 700
BUFFALO, NY 14210


CAPITAL MANAGEMENT SERVICES
726 EXCHANGE STREET
SUITE 700
BUFFALO, NY 14210


CAPITAL ONE
 PO BOX  85147
RICHMOND, VA 23276

CAPITAL ONE
PO BOX 85147
RICHMOND, VA 23276


CHASE BANK
PO BOX 15583
WILMINGTON, DE 19886


CITI CARDS
PO BOX 8111
S. HACKENSACK, NJ 07606


DEWITT MOTO FREIGHT
PO BOX 915
EVART, MI 49631


DEWITT MOTO FREIGHT
PO BOX 915
EVART, MI 49631


DISCOVER BANK
PO BOX 15251
WILMINGTON, DE 19886


FAST TRACK DELIVERIES
39 OLCOTT PLACE
BUFFALO, NY 14225


FAST TRACK DELIVERIES
39 OLCOTT PLACE
BUFFALO, NY 14225


FIRST NIAGARA BANK
PO BOX 886
LOCKPORT, NY 14095

```
FIRST NIAGARA BANK
PO BOX 886
LOCKPORT, NY 14095




FIRST NIAGARA BANK
PO BOX 886
LOCKPORT, NY 14095




FIRST NIAGARA BANK
PO BOX 886
LOCKPORT, NY 14095




FIRST NIAGARA BANK
PO BOX 886
LOCKPORT, NY 14095




FIRST NIAGARA BANK
PO BOX 886
LOCKPORT, NY 14095




FIRST USA BANK
PO BOX 15153
WILMINGTON, DE 19886




FIRST USA BANK NA
15153
WILMINGTON, DE 19886
```



```
FIRST USA BANK NA
PO BOX 1335
BUFFALO, NY 14240




GOLDEN R. TRANSPORT
RD 2 BOX 201B
WILLIAMSBURG, PA 16693
```

```
GOLDEN R. TRANSPORT
RD 2 BOX 201B
WILLIAMSBURG, PA 16693




HOUSEHOLD BANK NEVADA
PO BOX 1099
LANGHORNE, PA 19047




HOUSEHOLD BANK NEVADA
PO BOX 1099
LANGHORNE, PA 19047




HRS USA
PO BOX 17298
BALTIMORE, MD 21297




HRS USA
PO BOX 17298
BALTIMORE, MD 21297




JE MACCALLUM TRANSPORT
22 OAKMONT DRIVE
MISSISAUGA, ONTARIO L2T2G9




JE MACCALLUM TRANSPORT
22 OAKMONT DRIVE
MISSISAUGA, ONTARIO L2T2G9




JOEY T'S TRANSPORTATION
PO BOX 142
DUNKIRK, NY 14048




JOEY T'S TRANSPORTATION
PO BOX 142
DUNKIRK, NY 14048
```

```
L&R Credit 8 LLC
116 John Street
Suite 1510
New York, NY 10038


LEGACY EXPRESS
PO BOX 104
PLAINFIELD, WI 54966


LEGACY EXPRESS
PO BOX 104
PLAINFIELD, WI 54966


M&T BANK
P.O. Box 767
BUFFALO, NY 14240


M&T BANK
P.O. Box 767
BUFFALO, NY 14240


MAGIC TRANSPORT
PO BOX 935
CHEEKTOWAGA, NY 14225


MAGIC TRANSPORT
PO BOX 935
CHEEKTOWAGA, NY 14225


MCBURNEY TRANSPORT
PO BOX 427
HAGERSVILLE, ONTARIO NOA1HO


MCBURNEY TRANSPORT
PO BOX 427
HAGERSVILLE, ONTARIO NOA1HO
```

NEXTEL PARTNERS
PO BOX 5188
CAROL STREAM, IL 60197


NEXTEL PARTNERS
PO BOX 5188
CAROL STREAM, IL 60197


OUTSOURCE
261 MAIN STREET
BUFFALO, NY 14009


PRIMETIME EXPRESS
PO BOX 449
BUFFALO, NY 14207


PRIMETIME EXPRESS
PO BOX 449
BUFFALO, NY 14207


Palisades Acquisition V.LLC
2101 W. Ben White Blvd.
Austin, TX 78704


RECEIVABLES SPECIALIST INC
PO BOX 26570
TARAMAC, FL 33320


RECEIVABLES SPECIALIST INC
PO BOX 26570
TARAMAC, FL 33320


S&H TRANSPORTATION
PO BOX 8
O'FALLON, MO 63366

```
S&H TRANSPORTATION
PO BOX 8
O'FALLON, MO 63366


SAMMONS TRUCKING
PO BOX 16050
MISSOULA, MT 59808


SAMMONS TRUCKING
PO BOX 16050
MISSOULA, MT 59808


SITTON MOTOR LINES
PO BOX 972449
DALLAS, TX 75397


SITTON MOTOR LINES
PO BOX 972449
DALLAS, TX 75397


SPRINT PCS
PO BOX 62071
BALTIMORE, MD 21264


SPRINT PCS
PO BOX 62071
BALTIMORE, MD 21264


STIX TRANSPORTATION
PO BOX 54644
LEXINGTON, KY 40555


STIX TRANSPORTATION
PO BOX 54644
LEXINGTON, KY 40555
```

```
SUPREME DELIVERY
5150 DUFF DRIVE
CINCINNATI, OH 45206


SUPREME DELIVERY
5150 DUFF DRIVE
CINCINNATI, OH 45206


TIMBERLAND TRUCKING
PO BOX 416, RT 157
EAST MILLINOCKET, ME 04430


TIMBERLAND TRUCKING
PO BOX 416, RT 157
EAST MILLINOCKET, ME 04430


TPC ENTERPRISES INC
STE 118-290
CAVE CREEK, AZ 85331


TRANSCHEN SERVICES
PO BOX 148
MILLERSBURG, OH 44654


TRANSCHEN SERVICES
PO BOX 148
MILLERSBURG, OH 44654


UNIFUND CCR PARTNERS
11802 CONREY RD
CINCINNATI, OH 45249


VELOCITY EXPRESS NORTHEAST I
PO BOX 71267
CHICAGO, IL 60694
```

```
VELOCITY EXPRESS NORTHEAST I
PO BOX 71267
CHICAGO, IL 60694


VERIZON
3099 WILLIAM
CHEEKTOWAGA, NY 14227


VERIZON
PO BOX 15124
ALBANY, NY 12212


VERIZON
PO BOX 15124
ALBANY, NY 12212


YELLOW PAGES
PO BOX 670528
HOUSTON, TX 77276


YELLOW PAGES
PO BOX 670528
HOUSTON, TX 77276
```